IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLIFFORD WILLIAMS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-cv-1442-O |
| NATIONWIDE INSURANCE and ALLIED INSURANCE, | § § § | |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that this case be **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED** on this **1st day** of **October, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE